UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KAREN CAYGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25,<br><br>    Defendants. | Case No. 1:19-CV-00707 DAD EPG<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**<br><br>**(ECF No. 20)** |

Plaintiff KAREN CAYGLE, and Defendant, COSTCO WHOLESALE CORPORATION respectfully and jointly move the Court to modify the pending deadlines set out in the Scheduling Order in order to permit additional time for the parties to complete fact and expert discovery. This proposed change would extend certain deadlines in the current case calendar by 8 weeks while still expeditiously moving the case toward trial. In support of this stipulation, the parties state as follows:

1. WHEREAS the parties discussed moving the cutoff of discovery dates by approximately 8 weeks at the Mid-Discovery Conference held March 12, 2020, to complete depositions, independent medical examinations and subpoena additional relevant medical records.

2. WHEREAS the recent COVID-19 mandated precautions may continue to affect the ability of the parties to complete depositions, independent medical examinations and subpoena additional relevant medical records, the parties further request pertinent discovery deadlines be extended by approximately 8 weeks  as follows:

| Event | Current Scheduling Order Date | Proposed Scheduling Order Date |
|---|---|---|
| Non-Expert Discovery Cutoff | June 15, 2020 | August 10, 2020 |
| Expert Disclosure | July 15, 2020 | September 7, 2020 |
| Expert Discovery Cutoff | September 14, 2020 | November 9, 2020 |
| Dispositive Motion Filing Deadline | October 29, 2020 | Remains the same |
| Pretrial Conference | February 22, 2021 at 01:30 P.M. in Courtroom 5 | Remains the same |
| Jury Trial | April 27, 2021 at 08:30 AM in Courtroom 5 | Remains the same |

RESPECTFULLY SUBMITTED,

Dated: May 28, 2020                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:    /s/Gregory S. Mason
Gregory S. Mason
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

Dated: May 28, 2020                LAW OFFICE OF JON P. ADAMS


By:    /s/Jon P. Adams
Jon P. Adams
Attorneys for Plaintiff KAREN CAYGLE

**ORDER**

Upon consideration of the Parties' Stipulation to Amend the Scheduling Order, and for good cause appearing, the Scheduling Conference Order governing the pretrial phase of the above-captioned litigation is amended as set forth above.

| **Event** | **Current Scheduling Order Date** | **Revised Scheduling Order Date** |
|---|---|---|
| Non-Expert Discovery Cutoff | June 15, 2020 | August 10, 2020 |
| Expert Disclosure | July 15, 2020 | September 7, 2020 |
| Expert Discovery Cutoff | September 14, 2020 | November 9, 2020 |
| Dispositive Motion Filing Deadline | October 29, 2020 | Remains the same |
| Pretrial Conference | February 22, 2021 at 01:30 P.M. in Courtroom 5 | Remains the same |
| Jury Trial | April 27, 2021 at 08:30 AM in Courtroom 5 | Remains the same |

IT IS SO ORDERED.

Dated:   **May 28, 2020**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE