UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KAREN CAYGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25,<br><br>    Defendants. | Case No. 1:19-cv-00707-DAD-EPG<br><br>**SECOND JOINT STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**<br><br>(ECF No. 25) |

      Plaintiff KAREN CAYGLE, and Defendant, COSTCO WHOLESALE CORPORATION respectfully and jointly move the Court to modify the pending deadlines set out in the Scheduling Order and Joint Stipulation and Order to Amend Scheduling Order [Document 20] in order to permit additional time for the parties to complete fact and expert discovery.  This proposed change would extend certain deadlines in the current case calendar by 6 weeks while still expeditiously moving the case toward trial.  In support of this stipulation, the parties state as follows:

      1.    WHEREAS the parties discussed moving the cutoff of discovery dates by approximately 6 weeks during meet and confer telephone conferences and e-mail exchanges on August 10, 2020, to complete depositions, independent medical examinations and receive outstanding subpoenaed  relevant medical records.

      2.    WHEREAS the continued COVID-19 mandated precautions may continue to affect the ability of the parties to complete depositions, independent medical examinations and receive

additionally subpoenaed relevant medical records, the parties further request pertinent discovery deadlines be extended by approximately 6 weeks as follows:

| **Event** | **Current Amended Scheduling Order Date** | **Proposed 2nd Amended Scheduling Order Date** |
|---|---|---|
| Non-Expert Discovery Cutoff | August 10, 2020 | September 21, 2020 |
| Expert Disclosure | September 7, 2020 | October 19, 2020 |
| Expert Discovery Cutoff | November 9, 2020 | December 21, 2020 |
| Dispositive Motion Filing Deadline | October 29, 2020 | Remains the same |
| Pretrial Conference | February 22, 2021 at 01:30 P.M. in Courtroom 5 | Remains the same |
| Jury Trial | April 27, 2021 at 08:30 AM in Courtroom 5 | Remains the same |

RESPECTFULLY SUBMITTED,

Dated:  August 28, 2020					McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


							By:	      /s/Gregory S. Mason
							        Gregory S. Mason
							Attorneys for Defendant COSTCO WHOLESALE CORPORATION

Dated:  August 28, 2020					LAW OFFICE OF JON P. ADAMS


							By:	      /s/Jon P. Adams
							        Jon P. Adams
							Attorneys for Plaintiff KAREN CAYGLE

**ORDER**

Upon consideration of the Parties' Stipulation to Amend the Scheduling Order, and for good cause appearing, the Scheduling Conference Order governing the pretrial phase of the above-captioned litigation is amended as set forth above.

| Event | Current Amended Scheduling Order Date | Proposed 2nd Amended Scheduling Order Date |
|---|---|---|
| Non-Expert Discovery Cutoff | August 10, 2020 | September 21, 2020 |
| Expert Disclosure | September 7, 2020 | October 19, 2020 |
| Expert Discovery Cutoff | November 9, 2020 | December 21, 2020 |
| Dispositive Motion Filing Deadline | October 29, 2020 | Remains the same |
| Pretrial Conference | February 22, 2021 at 01:30 P.M. in Courtroom 5 | Remains the same |
| Jury Trial | April 27, 2021 at 08:30 AM in Courtroom 5 | Remains the same |

IT IS SO ORDERED.

Dated:  **August 31, 2020**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE