UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN CAYGLE,<br><br>          Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>          Defendant. | Case No. 1:19-cv-00707-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 49) |

      On February 15, 2023, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 49). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**February 16, 2023**__        /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE